*Jesse Climenko* and *George Trosk* for A. M. Perlman, Inc., appellant.

*Stanley N. Ohlbaum* for Max M. Hirson, as Referee, appellant.

*Menahem Stim, Roy M. Cohn, Samuel Rubin* and *Joseph D. Stim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

HOMER L. HOUSEHOLDER, Respondent, *v.* TOWN OF GRAND ISLAND, ERIE COUNTY, Appellant.

Argued May 19, 1953; decided June 4, 1953.

*Wortley B. Paul* for appellant.

*John R. Weaver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Estate of JULIA R. SMALL, Deceased. JAMES GIBB, as Executor of JULIA R. SMALL, Deceased, et al., Appellants; B. OTTO JACOBSEN, as Ancillary Executor of JULIA R. SMALL, Deceased, Respondent.

Argued April 16, 1953; decided June 4, 1953.